# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS JAMES WYLIE,** | : | CIVIL ACTION NO. 1:13-CV-0527 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **DAVID J. EBBERT**, | : | |
| Respondent | : | |

## ORDER

AND NOW, this 4th day of February, 2014, upon consideration of the petition for writ of habeas corpus (Doc. 1), filed by petitioner Thomas James Wylie, wherein petitioner, a federal inmate serving a 108-month term of imprisonment for Conspiracy to Commit Racketeer Influenced and Corrupt Organizations in violation of 18 U.S.C. § 1962(d) and 21 U.S.C. § 841(b)(1)(C) imposed by the United States District Court for the Eastern District of Wisconsin (Doc. 10-1, at 6-7), seeks prior custody credit for time served from November 10, 2003, through March 28, 2004 (Doc. 1, at 3), and that review by a Management Analyst employed at the Federal Bureau of Prisons Designation and Sentence Computation Center of petitioner's federal sentence computation, including his Judgment and Commitment file, computerized records and pertinent criminal docket sheets, revealed that he was entitled to 1,208 days of prior custody credit against his sentence for all time served from November 8, 2003 through March 31, 2004, and from March 29, 2006 through February 23, 2009 (Doc. 10-1, at 18-21, ¶¶ 2-4), and that because petitioner has received the relief he sought, the petition is rendered moot, Lewis v. Continental

Bank Corp., 494 U.S. 472, 477 (1990) (finding that "throughout the litigation, the plaintiff must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision.")  see also Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) (stating "Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies"),  it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.[1]

2. The Clerk of Court is directed to CLOSE this case.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania

---

[1] A search of the Federal Bureau of Prisons inmate locator system, http://www.bop.gov/, also revealed that petitioner was released from federal custody on January 23, 2014.